**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**DENNIS L. MURPHY,** *et al.***,**

    Plaintiffs,

                        **CASE NO.  3:11-cv-077**

**-vs-**

                        **District Judge Timothy S. Black**

**JP MORGAN CHASE,** *et al.***,**

    Defendants.

---

### JUDGMENT IN A CIVIL CASE

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X ]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that Defendant JP Morgan Chase Bank's Motion to Dismiss (Doc. 20) is **GRANTED**; Defendants Select Portfolio Servicing Inc. and the Bank of New York's Motion to Dismiss (Doc. 28) is **GRANTED**;  and that the case be **CLOSED**.

Date:   December 8, 2011                         **JAMES BONINI, CLERK**

                                          By: s/ M. Rogers
                                          Deputy Clerk