# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION


**DENNIS L. MURPHY,** *et al.*,

     Plaintiffs,

                            **CASE NO.**    **3:11-cv-077**

**-vs-**

                            **District Judge Timothy S. Black**



**JP MORGAN CHASE,** *et al.*,

     Defendants.

_____

## JUDGMENT IN A CIVIL CASE
_____


     **[ ]**  **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

     **[X ]**  **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

     **IT IS ORDERED AND ADJUDGED** that Defendant JP Morgan Chase Bank's Motion to Dismiss (Doc. 20) is **GRANTED**; Defendants Select Portfolio Servicing Inc. and the Bank of New York's Motion to Dismiss (Doc. 28) is **GRANTED**; and that the case be **CLOSED**.

Date:   December 8, 2011                **JAMES BONINI, CLERK**

                                          By: <u>s/ M. Rogers</u>
                                          Deputy Clerk