UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DENNIS L. MURPHY, *et al.*, | : Case No. 3:11-cv-77 |
| Plaintiffs, | : Judge Timothy S. Black |
| | : Magistrate Judge Michael J. Newman |
| vs. | : |
| JPMORGAN CHASE, *et al.*, | : |
| Defendants. | : |

### DECISION AND ENTRY ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 53)

This civil action is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael J. Newman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on August 23, 2012, submitted a Report and Recommendations. (Doc. 53). Plaintiffs filed Objections to the Report and Recommendations on September 6, 2012 (Doc. 54), and Defendants responded (Docs. 55, 56).

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its

entirety; and Plaintiffs' Objections to the Report and Recommendations are overruled.[1]

Accordingly:

1. The Report and Recommendations (Doc. 53) is hereby **ADOPTED**;

2. Plaintiffs' second motion to set aside judgment (Doc. 47) is **DENIED**; and

3. This case remains **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 9/24/12

*Timothy S. Black* (signature)
Timothy S. Black
United States District Judge

---

[1] Plaintiffs' objections are: (1) that they proved their case: (2) that they lack legal counsel; (3) that they were never discharged in bankruptcy; and (4) that they believe the Defendants in this action committed felonies. None of these "objections" addresses in any respect the reasoning of the Magistrate Judge as to why Plaintiffs' second Rule 60(b) motion was properly denied or why the Court's initial finding that it lacks subject matter jurisdiction in this matter was proper.

-2-